OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



02 1R
0006557458      MAR 19 2015
MAILED FROM ZIPCODE 78701

$ 00.26⁵

3/18/2015

**LONGORIA, TRAVIS KYNDALL** Tr. Ct. No. 17859-B (1)  WR-82,956-01

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, the applicant has exceeded the two pages allowed for each ground for relief and supporting facts.

Abel Acosta, Clerk

TRAVIS KYNDALL LONGORIA          U.T.F

**RETURN TO SENDER**
**NOT IN DALLAS COUNTY JAIL**



N3B  76458